UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Ji Hyung Choi and Yvonne A Choi,<br><br>Debtors | Case No. 13-17353-MLB<br><br>**DECLARATION IN SUPPORT OF MOTION TO AVOID JUDGMENT LIEN** |

Ji Hyung Choi hereby declares under penalty of perjury as follows:

1. I am one of the debtors in this bankruptcy case, and make this declaration on my personal knowledge.

2. The property at 20906 12th Ave W, Lynnwood, WA 98036 is the principal residence of myself and my wife. At the time we filed bankruptcy in 2013, it had a value of not more than $420,000.

3. At the time we filed bankruptcy in 2013, there was a first deed of trust against our residence in favor of Opus Bank in the amount of $358,811.00, and a second deed of trust in favor of Green Tree in the amount of $75,555.95.

4. We claimed the residence as exempt pursuant to Bankruptcy Code §522(d)(1) in the amount of $1.00.

Dated: June 18, 2019                /s/ Ji Hyung Choi

DECLARATION - 1

**DONALD A BAILEY**
Attorney at Law
1601 Fifth Ave., suite 610
Seattle, WA 98101
206 682 4802